

# United States District Court
# Eastern District of California

| Lakhwinder Singh |
| --- |

Plaintiff(s)

V.

| Kristi Noem, et al |
| --- |

Defendant(s)

Case Number: | 1:26-cv-01925-DJC-CKD |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,
Jashan Multani _____ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
Petitioner Lakhwinder Singh

On _____10/18/2022_____ (date), I was admitted to practice and presently in good standing in the _____Washington Western District Court_____ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
Case Number 1:26-cv-01420-KES-SKO, Filed 02/18/2026; Case Number: 1:26-cv-01450-TLN-JDP Filed 02/19/2026

Date:_____03/10/2026_____    Signature of Applicant: /s/ Jashan Multani _____

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | Jashan Multani |
| Law Firm Name: | MULTANI LAW GROUP, PLLC |
| Address: | 13106 SE 240th ST, Suite 110 |

| | | | | | |
|---|---|---|---|---|---|
| City: | kent | State: | WA | Zip: | 98031 |

Phone Number w/Area Code: (206) 243-4219

City and State of Residence: Kent, Washington

Primary E-mail Address: jashan@multanilawgroup.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Cynthia Bautista |
| Law Firm Name: | Bautista Immigration Law, P.C. |
| Address: | 1227 Laurel St |

| | | | | | |
|---|---|---|---|---|---|
| City: | San Carlos | State: | CA | Zip: | 94070 |

Phone Number w/Area Code: (650) 674-6070      Bar # 336327

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _March 10, 2026_

_Daniel J. Calabretta_

JUDGE, U.S. DISTRICT COURT