UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAKHWINDER SINGH, | No. 1:26-cv-01925-DJC-CKD |
| Petitioner, | |
| v. | ORDER |
| KRISTI NOEM, et al., | |
| Respondents. | |

Petitioner Lakhwinder Singh is an immigration detainee proceeding with a Petition for Writ of Habeas Corpus (ECF No. 1) and Motion for Temporary Restraining Order (ECF No. 2). The Court has previously addressed the legal issues raised in Count 1 of the Petition. *See Garcia Mariagua v. Chestnut*, No. 1:25-cv-01744-DJC-CSK, 2025 WL 3551700 (E.D. Cal. Dec. 11, 202); *Ortega v. Noem*, No. 1:25-cv-01663-DJC-CKD, 2025 WL 3511914 (E.D. Cal. Dec. 8, 2025); *Lopez v. Lyons*, No. 2:25-cv-03174-DJC-CKD, 2025 WL 3124116 (E.D. Cal. Nov. 7, 2025).

The Court informed the parties that it intended to rule directly on the petition and ordered Respondents to show cause as to whether there are any factual or legal issues in this case that distinguish it from the Court's prior orders. (ECF No. 5.) Respondents state that they "do not have legal arguments to distinguish this case from prior orders issued by the Court, nor do Respondents find material factual differences

1  between this case and those identified by the Court." (ECF No. 11 at 2.) Respondents
2  do note that Petitioner was arrested on November 8, 2025, by local law enforcement.
3  (*Id.*) On this basis, the Court concludes that due process is satisfied if Petitioner is
4  provided with a post-depravation bond hearing within five days. *See J.S.H.M. v.*
5  *Wofford*, No. 1:25-cv-01309-JLT-SKO, 2025 WL 2938808, at *15–16 (E.D. Cal. Oct. 16,
6  2025). Neither party objected to the Court ruling directly on the merits of the petition.
7       Accordingly, as Respondents have not made any new legal arguments and
8  have not identified any factual or legal issues in this case that would distinguish it from
9  the Court's prior decisions cited above, IT IS HEREBY ORDERED that the Petition for
10 Writ of Habeas Corpus (ECF No. 1) is GRANTED as to Count 1, for the reasons stated
11 in those prior orders.[1]
12      Within five (5) days of this Order, Respondents shall afford Petitioner
13 Lakhwinder Singh a constitutionally adequate bond hearing before an Immigration
14 Judge. The Government shall bear the burden of establishing, by clear and
15 convincing evidence, that Petitioner poses a danger to the community or risk of flight,
16 and Petitioner shall be allowed to have counsel present.
17      The Clerk of the Court is directed to close this case and enter judgment for
18 Petitioner. This Order resolves all pending motions.

     IT IS SO ORDERED.

Dated:  **March 16, 2026**

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

---

[1] In the interests of judicial economy, the Court declines to address the remaining grounds for relief in the Petition.